UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

IN RE:

Anthony Stephen Gainers and Priscilla Ann Gainers,
    Debtor(s).

CASE NO: 3:10-bk-01924-PMG
CHAPTER 13 CASE

**NOTICE OF APPEARANCE**

    GMAC Mortgage, LLC as Servicing Agent for RAHI Real Estate Holdings LLC, and its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**ERIK C. FRITZ, ESQUIRE
LAW OFFICES OF DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324-3920**

Dated this 22nd day of March, 2010.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Secured Creditor
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324-3920
    Phone: (954) 233-8000 Ext. 1852
    Fax:    (954) 233-8335

    /s/ Erik C. Fritz
    ERIK C. FRITZ
    FBN 0058621

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Anthony Stephen Gainers and Priscilla Ann Gainers
915 Gano Avenue
Orange Park, FL 32073

Douglas W. Neway, Trustee
P O Box 4308
Jacksonville, FL 32201

Joshua J Tejes, Esq.
LaBella Law, P.L.
1665 Kingsley Avenue Suite 108
Orange Park, FL 32073

this 22nd day of March, 2010.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Secured Creditor
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 Ext. 1852
Fax:    (954) 233-8335


 /s/ Erik C. Fritz
ERIK C. FRITZ
FBN 0058621


CASE #: 3:10-bk-01924-PMG
10-15563(HCNW).noa