UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

IN RE:

Anthony Stephen Gainers and Priscilla Ann Gainers,
    Debtor(s).

CASE NO: 3:10-bk-01924-PMG
CHAPTER 13 CASE

**NOTICE OF APPEARANCE**

GMAC Mortgage, LLC as Servicing Agent for The Bank of New York Mellon Trust Company, National Association f/k/a The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee, and its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**ERIK C. FRITZ, ESQUIRE
LAW OFFICES OF DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324-3920**

Dated this 24 day of March, 2010.

        LAW OFFICES OF DAVID J. STERN, P.A.
        Attorney for Secured Creditor
        900 South Pine Island Road, Suite 400
        Plantation, FL 33324-3920
        Phone: (954) 233-8000 Ext. 1852
        Fax:    (954) 233-8335

        /s/ Erik C. Fritz
        ERIK C. FRITZ
        FBN 0058621

    **I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

Anthony Stephen Gainers and Priscilla Ann Gainers
915 Gano Avenue
Orange Park, FL 32073

Douglas W. Neway, Trustee
P O Box 4308
Jacksonville, FL 32201

Joshua J Tejes, Esq.
LaBella Law, P.L.
1665 Kingsley Avenue Suite 108
Orange Park, FL 32073


this 24th day of March, 2010.

                                         LAW OFFICES OF DAVID J. STERN, P.A.
                                         Attorney for Secured Creditor
                                         900 South Pine Island Road, Suite 400
                                         Plantation, FL 33324-3920
                                         Phone: (954) 233-8000 Ext. 1852
                                         Fax:    (954) 233-8335


                                         /s/ Erik C. Fritz
                                         ERIK C. FRITZ
                                         FBN 0058621


CASE #: 3:10-bk-01924-PMG
10-15575 (HCNW).noa